UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUSEBIO GUERRERO,<br><br>        Petitioner,<br><br>  v.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | NO. CV 12-7427-SJO (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

October 31, 2014

DATED: _____

                                                          S. JAMES OTERO<br>                                     United States District Judge